SO ORDERED.
SIGNED this 16th day of June, 2017

*Shelley D. Rucker*
Shelley D. Rucker
UNITED STATES BANKRUPTCY JUDGE

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

IN RE:

| | |
|---|---|
| HOUSTON ANTHONY EAVES | NO. 1:17-BK-11875-SDR |
| 116 BELLE CHASE WAY NE | CHAPTER 7 |
| CLEVELAND, TN 37312 | JUDGE SHELLEY D. RUCKER |
| **DEBTOR** | |

U.S. BANK NATIONAL ASSOCIATION
    **MOVANT**

VS.

HOUSTON ANTHONY EAVES AND
DOUGLAS R. JOHNSON, TRUSTEE
    **RESPONDENTS**

### ORDER FOR RELIEF FROM STAY AND ABANDONMENT OF PROPERTY BY THE TRUSTEE

Creditor, U.S. BANK NATIONAL ASSOCIATION, has filed a Motion seeking relief from the automatic stay and for abandonment to permit it to exercise its contractual and state law remedies upon realty which was fully described in its Motion. It appearing that any objection which was filed to the relief sought either has been withdrawn or was determined to be without merit so that it is hereby

ORDERED that the Trustee shall abandon realty located at 116 BELLE CHASE WAY NE, CLEVELAND, TN 37312, described in the Motion, and the automatic stay be and hereby is vacated to permit said Creditor to exercise its contractual rights pursuant to state law. The fourteen day stay provided for in Rule 4001 shall not be applicable so that this Order shall be enforceable immediately upon entry.

###

**APPROVED FOR ENTRY:**

/s/ Jessica D. Binkley
Jessica D. Binkley #031026
**LAW OFFICE OF J. PHILLIP JONES**
Attorney for Creditor
1800 Hayes Street
Nashville, TN 37203
Telephone (615) 254-4430
Facsimile (615) 254-4671
E-mail: jessica@phillipjoneslaw.com